# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-4072
_____

FLORIDA COMMISSION ON
HUMAN RELATIONS,

Appellant,

v.

JACQUELYN STEELE,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

September 2, 2020

PER CURIAM.

AFFIRMED.

LEWIS and BILBREY, JJ., concur; B.L. THOMAS, J., dissents
without opinion.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeffrey D. Slanker, Lisa B. Fountain, and Matthew J. Carson of Sniffen & Spellman, P.A., Tallahassee, for Appellant.

Kevin C. Kostelnik and Tiffany R. Cruz of Friedman, Abrahamsen & Cruz, Tallahassee, for Appellee.